```
              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

| | | |
|---|---|---|
| KAREN PARKER, | : | CR-1-02-156-1 |
| | : | C-1-04-0635 |
|    Petitioner, | : | |
| | : | **UNITED STATES' MOTION TO** |
|       v. | : | **EXTEND TIME TO RESPOND TO** |
| | : | **PETITIONER'S MOTION UNDER** |
| UNITED STATES OF AMERICA, | : | **28 U.S.C. § 2255** |
| | : | |
|    Respondent. | : | Senior J. Spiegel |

- - - - - - - - - - - - - - - - - - - -

     Now comes the United States which requests the Court extend the time to respond to the Petitioner's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence until December 15, 2004.

     In Petitioner's Motion, she asserts a number of ineffective assistance of counsel claims that necessitate, among other things, a request of the Court's change of plea transcripts for examination. While we have requested copies of the transcript for the change of plea hearing, we have not yet received them.  Such transcripts are necessary to adequately respond to the Petitioner's Motion. Accordingly, we ask for another thirty day extension to ensure the receipt of said transcripts.

                                      Respectfully submitted,

                                      GREGORY G. LOCKHART
                                    United States Attorney

                                    s/Kenneth L. Parker
                                   KENNETH L. PARKER (0068805)
                                   Assistant United States Attorney
                                   221 East Fourth Street, Suite 400
                                   Cincinnati, Ohio  45202
                                   (513) 684-3711
                                   Fax:  (513) 684-2047
                                   Kenneth.Parker@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "United States' Motion To Extend Time To Respond To Petitioner's Motion Under 28 U.S.C. § 2255" was served this 12th day of November, 2004, by regular U.S. Mail on Karen Parker, #03667-61, FMC Satellite Camp, P.O. Box 14525, Lexington, Kentucky 40512.

                                        s/Kenneth L. Parker
                                        KENNETH L. PARKER (0068805)
                                        Assistant United States Attorney