UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KAREN PARKER, | : | CR-1-02-156-1 |
| | : | C-1-04-0635 |
| Petitioner, | : | |
| | : | **UNITED STATES' MOTION TO** |
| v. | : | **EXTEND TIME TO RESPOND TO** |
| | : | **PETITIONER'S MOTION UNDER** |
| UNITED STATES OF AMERICA, | : | **28 U.S.C. § 2255** |
| | : | |
| Respondent. | : | Senior J. Spiegel |

- - - - - - - - - - - - - - - - - - - -

Now comes the United States which requests the Court extend the time to respond to the Petitioner's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence until December 15, 2004.

In Petitioner's Motion, she asserts a number of ineffective assistance of counsel claims that necessitate, among other things, a request of the Court's change of plea transcripts for examination. While we have requested copies of the transcript for the change of plea hearing, we have not yet received them. Such transcripts are necessary to adequately respond to the Petitioner's Motion. Accordingly, we ask for another thirty day extension to ensure the receipt of said transcripts.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Kenneth L. Parker
KENNETH L. PARKER (0068805)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio  45202
(513) 684-3711
Fax:  (513) 684-2047
Kenneth.Parker@usdoj.gov