**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7002 0860 0006 5229 8054

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:02-CR-156(1)
DOC. 107 3/18/05

Sent To: KAREN PARKER 03667-061
Street, Apt. No.; or PO Box No.: FMC SATELLITE CAMP P.O. BOX 14525
City, State, ZIP+4: LEXINGTON, KY 40512

PS Form 3800, April 2002    See Reverse for Instructions